Peter J. Kennedy (SBN 166606)
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, Ca 90071-1514
Telephone: 213 457 8000
Facsimile: 213 457 8080
pkennedy@reedsmith.com

Michael O'Neil (admitted *pro hac vice*)
Albert E. Hartmann (admitted *pro hac vice*)
Bruce R. Van Baren (admitted *pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312 207 1000
Facsimile: 312 207 6400
michael.oneil@reedsmith.com
ahartmann@reedsmith.com
bvanbaren@reedsmith.com

Attorneys for Defendant Datamyx LLC

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JANICE ZELLERINO, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW ROOSEN, SALEM SHUBASH, ARMORED INVESTMENT GROUP, DATAMYX, LLC, *and* EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 16-cv-485-JLS-AJW<br><br>**NOTICE OF DEFENDANT DATAMYX LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing Date:  August 5, 2016<br>Time:  2:30 p.m.<br>Courtroom:  10A<br>Judge:  Hon. Josephine L. Staton<br><br>First Amended Complaint Filed: May 17, 2016 |

16-cv-485-JLS-AJW

NOTICE OF DEFENDANT DATAMYX LLC'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Defendant Datamyx LLC ("Datamyx") hereby submits this Notice of Motion to Dismiss Plaintiff's First Amended Class Action Complaint, along with the accompanying Memorandum in Support of Its Motion to Dismiss Plaintiff's First Amended Class Action Complaint.

This Court lacks personal jurisdiction over Datamyx. Datamyx is a limited liability company organized under the laws of Delaware, and it also maintains its principal place of business in Florida. Datamyx is not headquartered or incorporated in California, and therefore – as Plaintiff Janice Zellerino ("Plaintiff") concedes (*see infra*) – there is no general jurisdiction. Because Datamyx's alleged misconduct did not target Plaintiff in California and Datamyx could not reasonably foresee that plaintiff, a Michigan resident, would be harmed in California, there is no specific jurisdiction. Therefore, Datamyx respectfully requests that this Court dismiss Plaintiff's First Amended Class Action Complaint (ECF 55) ("Complaint") under Rule 12(b)(2) of the Federal Rules of Civil Procedure. Alternatively, and without waiver of its personal-jurisdiction defense, Datamyx respectfully requests dismissal of Plaintiff's claims under Rule 12(b)(6) because the claims are barred by the appropriate statute of limitations.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 26, 2016. The parties were unable to reach a resolution that eliminated the need for Datamyx's motion to dismiss on the arguments identified above. However, the parties were able to reach a resolution on an additional contemplated basis for Datamyx's motion to dismiss, i.e., that this Court lacks general jurisdiction over Datamyx. Accordingly, Datamyx does not move to dismiss for lack of general jurisdiction (but will note Plaintiff's concession on this issue in its supporting memorandum).

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

16-cv-485-JLS-AJW — 2 —
NOTICE OF DEFENDANT DATAMYX LLC'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

| | | |
|---|---|---|
| 1 | DATED:  June 3, 2016 | Respectfully submitted, |
| 2 | | **REED SMITH LLP** |
| 3 | | By: /s/ Bruce R. Van Baren |
| 4 | | Bruce R. Van Baren (admitted *pro hac vice*) |
| 5 | | Peter J. Kennedy (SBN 166606) <br> Michael O'Neil (admitted *pro hac vice*) |
| 6 | | Albert E. Hartmann (admitted *pro hac vice*) |
| 7 | | Attorneys for Defendant Datamyx LLC |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware