| | |
|---|---|
| 1 | STEVEN D. PARK, Bar No. 215219 |
| |     *SPark@kslaw.com* |
| 2 | VINCENT F. TREMONTI, Bar No. 301571 |
| |     *VTremonti@kslaw.com* |
| 3 | **KING & SPALDING LLP** |
| | 633 W. 5th St., Suite 1700 |
| 4 | Los Angeles, CA 90071 |
| | Telephone:  (213) 443-4355 |
| 5 | Facsimile:   (213) 443-4310 |

Attorneys for Defendant:

Equifax Information Services, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JANICE ZELLERINO, *individually and on behalf of others similarly situated*, <br><br>      *Plaintiff*, <br><br>    *v.* <br><br>ANDREW ROOSEN, SALEM SHUBASH, ARMORED INVESTMENT GROUP, DATAMYX, LLC, *and* EQUIFAX INFORMATION SERVICES, LLC, <br><br>      *Defendants.* | Case No. 16-cv-485-JLS-AJW <br><br> **NOTICE OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** <br><br> Hearing Date:  August 5, 2016 <br> Time:           2:30 p.m. <br> Courtroom:    10A <br> Judge:  Hon. Josephine L Stanton <br><br> Amended Complaint Filed: May 17, 2016 |

Defendant Equifax Information Services, LLC ("Equifax") hereby files this Notice of Motion to Dismiss for Lack of Personal Jurisdiction ("Notice of Motion") along with the accompanying Memorandum In Support Of Its Motion To Dismiss For Lack Of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) ("Rule 12(b)(2)").

Equifax is a limited liability company organized under the laws of the state of Georgia, and it also maintains its principal place of business in Georgia. The Court cannot exercise general jurisdiction over Equifax because Equifax is not "at home" in California. In addition, the Court lacks specific jurisdiction over Equifax because this case does not arise from any intentional act that Equifax expressly aimed at Plaintiff in California, or any injury that foreseeably resulted in California. Because this California Court may not exercise personal jurisdiction over Equifax to adjudicate Plaintiff's claims, the Court should dismiss Plaintiff's claims against Equifax.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 20, 2016.

DATED: June 3, 2016   **KING & SPALDING LLP**

By: /s/ Steven D. Park
STEVEN D. PARK
VINCENT F. TREMONTI
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

# CERTIFICATE OF SERVICE

The undersigned counsel for Equifax Information Services, LLC, hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on June 3, 2016.

/s/ Steven D. Park
STEVEN D. PARK

Attorney for Defendant
EQUIFAX INFORMATION SERVICES, LLC