# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JANICE ZELLERINO, *individually and on behalf of others similarly situated,*<br><br>           *Plaintiff,*<br><br>      *v.*<br><br>ANDREW ROOSEN, SALEM SHUBASH, ARMORED INVESTMENT GROUP, INC., DATAMYX LLC, *and* EQUIFAX INFORMATION SERVICES, LLC,<br><br>           *Defendants.* | CASE No. 16-cv-00485-JLS-AJW<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIALITY AND INADVERTENT DISCLOSURE**<br><br>Date:  N/A<br>Time:  N/A<br>Ctrm:  10A<br>Judge: Josephine L. Staton |

The Court has considered the Stipulation and Protective Order Regarding Confidentiality and Inadvertent Disclosure filed by Plaintiff Janice Zellerino and Defendants Andrew Roosen, Salem Shubash, Armored Investment Group, Inc., Datamyx LLC, and Equifax Information Services, LLC and has determined that the stipulation should be and is hereby GRANTED.

The parties are therefore ORDERED to abide by the agreed terms of the Stipulation and Protective Order Regarding Confidentiality and Inadvertent Disclosure.

Dated:  July 18, 2016

_____
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

CASE No. 16-cv-00485-JLS-AJW