Name and address:
> Michael A. Caddell (SBN 249469)
> CADDELL & CHAPMAN
> 1331 Lamar, Suite 1070
> Houston, TX 77010-3027
> Tel.: (713) 751-0400

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANICE ZELLERINO | | CASE NUMBER |
| | Plaintiff(s), | 8:16-cv-00485-JLS-AJWx |
| v. | | |
| ANDREW ROOSEN, et al. | | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| | Defendant(s), | |

### INSTRUCTIONS FOR APPLICANTS

(1)  *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2)  *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $325 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Bali, Priya
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*          *check here if federal government attorney* ☐

Lyngklip & Associates Consumer Law Center, PLC
_____
*Firm/Agency Name*

| | | |
|---|---|---|
| 24500 Northwestern Highway, | (248) 208-8864 | (248) 208-9073 |
| Suite 206 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Southfield, MI 48075 | Priya@MichiganConsumerLaw.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

Janice Zellerino                        ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
                                        ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See attached Declaration | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   8/3/2016

Priya Bali
_____
*Applicant's Name (please type or print)*

_____
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Sherman, Lee A.
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

Callahan, Thompson, Sherman & Caudill, LLP
_____
*Firm/Agency Name*

2601 Main Street
_____
*Street Address*

Suite 800
_____
*Street Address*

Irvine, CA 92614
_____
*City, State, Zip Code*

(949) 261-2872         (949) 261-6060
_____    _____
*Telephone Number*      *Fax Number*

lsherman@ctsclaw.com
_____
*E-mail Address*

172198
_____
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated   August 3, 2016
        _____

Lee A. Sherman
_____
*Designee's Name (please type or print)*

_____
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

## DECLARATION OF QUALIFICATIONS OF PRIYA BALI

Priya Bali makes the following statement under oath as an attorney of record and officer of the court:

1.    My name is Priya Bali.

2.    I received my Juris Doctor from Wayne State University Law School, Detroit, Michigan in May of 2013.

3.    I received a Bachelor of Arts with a double major in Economics and English from the University of Michigan, Ann Arbor, Michigan, in May of 2009.

4.    My work experience is as follows:

   a.    I am currently an associate at the Law Firm of Lyngklip & Associates Consumer Law Center, PLC and have been employed with this firm since May 2016, working on cases involving the Fair Debt Collection Practices Act, Fair Credit Reporting Act, Telephone Consumer Protection Act, and Equal Credit Opportunity Act.

   b.    From May 2014-May 2016, I was a staff attorney at Lakeshore Legal Aid's Counsel & Advocacy Law Line, in Southfield, Michigan, providing legal advice to lower income and senior clients in over 40 Michigan counties on consumer law, family law, housing law, and public benefits law.

   c.    From May 2014-May 2016 I was a contract attorney for Carla D. Aikens P.C., and from August 2013-December 2013, I was a law clerk for Carla D. Aikens, P.C. where I conducted legal research and writing in no-fault litigation cases.

1

d.    From May 2011-May 2013, I worked at the Free Legal Aid Clinic in Detroit, Michigan — the only student-run legal aid clinic in the nation — as an advocate in family law and elder law cases, with a focus on assisting survivors of domestic violence.

5.    I have been admitted to practice before the following courts:

a.    State Bar of Michigan

b.    United States District Court, Eastern District of Michigan

c.    United States District Court, Western District of Michigan

6.    I am a current member of the Oakland County Bar Association and have been since February of 2015.

7.    I am a current member of the State Bar of Michigan's Consumer Law section and have been since June 2016.

8.    I am a current member of the Women's Bar Association- Oakland County Region of the WLAM and have been since June 2016.

9.    I have personal knowledge of the facts stated in this affidavit.

10.    If called to testify as a witness, I can testify truthfully to the facts stated above.

I swear that the statements made are true to the best of my information, knowledge and belief.

_____   Dated 8/3/16

Declaration of Priya Bali

2



# State Bar of Michigan

## Certificate of Good Standing

This certifies that Priya Bali, P78337 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 22, 2014 in Oakland County and became a member of the State Bar of Michigan on May 27, 2014.

Tracy L. Sprouf, Member Services

July 28, 2016

JOAN MARIE KREUTZMAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF INGHAM
My Commission Expires March 7, 2022
Acting in the County of Ingham

July 28, 2016