1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANICE ZELLERINO, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff*,<br><br>*v.*<br><br>ANDREW ROOSEN, SALEM SHUBASH, ARMORED INVESTMENT GROUP, INC., DATAMYX LLC, *and* EQUIFAX INFORMATION SERVICES, LLC,<br><br>*Defendants*. | Case No. SACV 16-00485-JLS-AJWx<br><br>**JUDGMENT AND RULE 54(B) CERTIFICATE** |

For the reasons stated in the Court's Order Granting Plaintiff's Motion to Certify Under Rule 54(b), dated December 1, 2016, (Doc. 105), FINAL JUDGMENT IS HEREBY ENTERED in favor of Defendants Datamyx LLC and Equifax Information Services, LLC and against Plaintiff Janice Zellerino.

Because Datamyx LLC and Equifax Information Services, LLC have been dismissed from this action as defendants, and because there is no just reason for delay, for the reasons set forth in the Court's December 1, 2016, Order, the Court hereby CERTIFIES this Judgment as an appealable, final judgment pursuant to Federal Rule of Civil Procedure Rule 54(b).

Judgment is not rendered with respect to Defendants Andrew Roosen, Salem Shubash, and Armored Investment Group, Inc.

IT IS SO ORDERED.

Dated: December 05, 2016

HON. JOSEPHINE L. STATON
U.S. DISTRICT JUDGE