Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JANICE ZELLERINO, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>*v.*<br><br>ANDREW ROOSEN, *et al.,*<br><br>*Defendant.* | Case No. 16-cv-00485-JLS-AJW<br><br>**STIPULATION OF DISMISSAL OF ARMORED DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>Judge: Josephine L. Staton |

1    IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that Defendants Andrew Roosen, Salem Shubash,
3  and Armored Investment Group, Inc. are hereby dismissed from this action with
4  prejudice pursuant to Federal Rule of Civil Procedure 41(a), each side to bear its own
5  costs.

6

7  Dated: May 1, 2017                    Respectfully submitted,

8
                                         By: */s/ Michael A. Caddell*
9                                           Michael A. Caddell (SBN 249469)
10                                          mac@caddellchapman.com
                                            Cynthia B. Chapman (SBN 164471)
11                                          cbc@caddellchapman.com
                                            Amy E. Tabor (SBN 297660)
12                                          aet@caddellchapman.com
                                            CADDELL & CHAPMAN
13                                          1331 Lamar, Suite 1070
                                            Houston, TX 77010-3027
14                                          Tel.: (713) 751-0400
                                            Fax: (713) 751-0906
15

16                                       */s/ Ian B. Lyngklip*
                                            Ian B. Lyngklip (*pro hac vice*)
17                                          ian@michiganconsumerlaw.com
                                            LYNGKLIP & ASSOCIATES CONSUMER
18                                          LAW CENTER, PLC
                                            24500 Northwestern Highway, Ste. 206
19                                          Southfield MI 48075
                                            Tel.: (248) 208-8864
20                                          Fax: (248) 208-9073
21
                                            *Attorneys for Plaintiff*
22

23

24

25

26

27

28

1    Dated: May 1, 2017                    By: /s/ Ryan D. Miller

2                                          Ryan D. Miller
                                           rmiller@cmda-law.com
3                                          CUMMINGS, MCCLOREY, DAVIS,
                                           ACHO & ASSOCIATES, P.C.
4                                          3801 University Avenue, Suite 560
                                           Riverside CA 92507
5                                          Tel.: (951) 276-4420
                                           Fax: (951) 276-4405
6
                                           *Attorneys for Defendants Andrew Roosen,*
7                                          *Salem Shubash, and Armored Investment*
                                           *Group, Inc.*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Amy E. Tabor hereby certify that on May 1, 2017 this document was filed with the Court using the CM/ECF system and thereby served on all counsel of record.

*/s/Amy E. Tabor*
Amy E. Tabor

STIPULATION OF DISMISSAL OF ARMORED DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(A)